**JENNIFER MOUZIS**
State Bar No. 200280
4825 J Street, Suite 222
Sacramento, California 95819
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
JONATHAN DARLING

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:19-cr-00197-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| v. | |
| **JONATHAN DARLING,** | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Justin Lee and defendant, JONATHAN DARLING, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for judgment and sentencing, April 13, 2020 at 9:00 a.m., in the above-captioned matter, and to continue the judgment and sentencing to July 20, 2020 at 9:00 a.m. in the courtroom of the Honorable William B. Shubb. Federal Probation Officer, Lynda Moore, also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

//

1

| | |
|---|---|
| Proposed Pre-Sentence Report | June 8, 2020 |
| Written objections to the PSR | June 22, 2020 |
| Final draft of the PSR | June 29, 2020 |
| Motion for correction of PSR | July 6, 2020 |
| Government's reply | July 13, 2020 |

The reason for the continuance is that defendant's counsel and probation are unable to complete the initial probation process due to restrictions set in place as a result of COVID19.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

Dated: April 7, 2020                                  McGREGOR W. SCOTT
                                                                  United States Attorney

                                                          By:    /s/ Justin Lee
                                                                  JUSTIN LEE
                                                                  Assistant United States Attorney

Dated: April 7, 2020                                   /s/ Jennifer Mouzis
                                                                  JENNIFER MOUZIS
                                                                  Attorney for Defendant
                                                                  JONATHAN DARLING

//

**ORDER**

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of April 13, 2020 at 9:00 a.m. is reset for July 20, 2020 at 9:00 a.m.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Proposed Pre-Sentence Report | June 8, 2020 |
| Written objections to the PSR | June 22, 2020 |
| Final draft of the PSR | June 29, 2020 |
| Motion for correction of PSR | July 6, 2020 |
| Government's reply | July 13, 2020 |

IT IS SO ORDERED.

Dated: April 7, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE