**JENNIFER MOUZIS**
State Bar No. 200280
4825 J Street, Suite 222
Sacramento, California 95819
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
JONATHAN DARLING

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:19-cr-00197-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF PERSONAL APPEARANCE** |
| v. | |
| **JONATHAN DARLING,** | |
| Defendant. | |

**TO:   McGREGOR W. SCOTT, UNITED STATES ATTORNEY AND JUSTIN LEE, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings Under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone conferencing if videoconference is not reasonably available – in various criminal proceedings, including sentencing hearings, if the case cannot be further delayed without serious harm to the interests of justice.  In this matter, Mr. Darling has an interest in resolving his case by proceeding to the Judgment and Sentencing hearing via video-teleconference. Were this Court to delay the hearing until a time when the proceeding may be held in person, Mr. Darling's

1

interest in timely resolving his case would be thwarted. Additionally, such delay would result in Mr. Darling's ongoing custody at the Sacramento County Main Jail, where he has been incarcerated for over 26 months.

The Pre-Sentence Investigation Report recommends time served for Mr. Darling. Further delay of the Judgement and Sentencing Hearing would thus inflict serious harm to the interests of justice.

Respectfully Submitted,

Dated: June 26, 2020                         /s/ Jennifer Mouzis
                                             JENNIFER MOUZIS
                                             Attorney for Defendant
                                             JONATHAN DARLING

Mr. Darling, having been advised of his right to appear in person for the Judgment and Sentencing Hearing, hereby waives his right to personally appear at the hearing on July 13, 2020, and instead requests to appear via video-teleconference from the United States Marshal's lock-up facility.

Dated: June 26, 2020                         /s/ Jonathan Darling
                                             JONATHAN DARLING

I hereby concur in my client's waiver.

Dated: June 26, 2020                         /s/ Jennifer Mouzis
                                             JENNIFER MOUZIS
                                             Attorney for Defendant
                                             JONATHAN DARLING

//

**ORDER**

Pursuant to the defendant's request for waiver of in-person appearance, and good cause appearing, this Court specifically finds that:

1) The judgment and sentencing hearing cannot be further delayed without serious harm to the interests of justice;

2) The defendant has waived his physical presence at the hearing and consents to remote hearing by videoconference; and

3) Therefore, based on the findings above, and under the Court's authority under § 15002(b) of the CARES Act and General Order 614, the Judgment & Sentencing hearing in this case will be conducted by videoconference.

IT IS SO ORDERED.

Dated: June 29, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE