**JENNIFER MOUZIS**
**State Bar No. 200280**
4825 J Street, Suite 222
Sacramento, California 95819
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
JONATHAN DARLING

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | 2:19-cr-00197-WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO ADVANCE JUDGMENT** |
| **v.** ) | **AND SENTENCING** |
| ) | |
| **JONATHAN DARLING,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Justin Lee and defendant, JONATHAN DARLING, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for judgment and sentencing, July 20, 2020 at 9:00 a.m., in the above-captioned matter, and to advance the judgment and sentencing to July 13, 2020 at 9:00 a.m. in the courtroom of the Honorable William B. Shubb.

The reason for the advancement of the court date for judgement and sentencing is that Probation is recommending time served for the client. Neither defense counsel nor the United States Attorney's office have objections to the probation report.

//

1

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 19, 2020                                          McGREGOR W. SCOTT
                                                              United States Attorney

                                                     By:      /s/ Justin Lee
                                                              JUSTIN LEE
                                                              Assistant United States Attorney

Dated: June 19, 2020                                          /s/ Jennifer Mouzis
                                                              JENNIFER MOUZIS
                                                              Attorney for Defendant
                                                              JONATHAN DARLING

## ORDER

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of July 20, 2020 at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on July 13, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  July 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2