UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

**JULY 13, 2020**

**Clerk, U.S. District Court**
**Eastern District of California**
**By      KKS**
**Deputy Clerk**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:19CR197-01 WBS |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| **JONATHAN DARLING,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct  you to release **Jonathan Darling**  Case  2:19CR197-01  WBS  from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of _____

_____    Unsecured bond

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond secured by Real Property

_____   Corporate Surety Bail Bond

  **X**   **(Other)   Defendant was sentenced to a term of TIME SERVED.**

Issued at  Sacramento, CA  on  July 13, 2020     at    10:40    a.m.   .

Dated:  July 13, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Orig & Copy: USM
**Copy to Docketing**